IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FERN L. WESTMORELAND, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 06-1068-JTM |

MEMORANDUM ORDER

On February 7, 2007, the United States Magistrate Judge entered a Recommendation and Report with respect to the present Social Security proceeding. The Magistrate Judge recommended that the decision of the Commissioner be reversed, and that the case be remanded for further proceedings (sentence four remand).

A response to the Recommendation and Report has been filed. The court hereby adopts the findings and conclusions of the report, and orders that the decision of the Commissioner be reversed, and that the case be remanded for further proceedings (sentence four remand).

IT IS SO ORDERED this 5th day of September, 2007.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE